STATE of Missouri, Respondent,

v.

Squire LOGAN, III, Appellant.

No. WD 49109.

Missouri Court of Appeals, Western District.

Sept. 20, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS, P.J., and BERREY and SMART, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of possession of controlled substance with intent to deliver, § 195.211, RSMo Supp.1993, and from sentence of five years' imprisonment.

Judgment affirmed. Rule 30.25(b).